United States District Court
Western District of Texas
Midland/Odessa Division

| | |
|---|---|
| United States<br>v.<br>Eddie Villa | No. MO:19-cr-00150(1)-DC |

### APPEARANCE OF COUNSEL

Hon. Judge Counts:

I, the undersigned attorney, hereby make appearance as counsel of record for Eddie Villa, and respectfully will appear before this Court or the magistrate court at his preliminary revocation hearing set for July 20, 2026, at 9:30 a.m..

Respectfully Submitted,

**Lane A. Haygood**
Texas State Bar Number:
24066670
**Haygood Law Firm**
620 N. Grant Ave.
Odessa, Texas 79761
Telephone:  432.279.0411
Fax:  432.225.1062
lane@haygoodlawfirm.com

Attorney for the Defendant,
Eddie Villa

2

Certificate of Service

A copy of this document will be delivered to the attorneys for the Government by the efile system when it is filed with this Court.

_____

Lane A. Haygood